AO-9 (Rev. 5/85) Criminal Complaint  AUSA  KAY ; S/A  Geer ; INS

# United States District Court

FILED by  
MAGISTRATE SECTION

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

OCT 2 9 1998

CARLOS JUENKE  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA  
V.  
JOSEPH JOAQUIN TAVARES PEREZ,  
a/k/a Jose Calderon

**CRIMINAL COMPLAINT**

CASE NUMBER: 93-4217-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about September 1, 1998 in Broward County, in the Southern District of Florida, defendant was found in the United States, at Miami, Florida, after having been previously deported from the United States, without first obtaining the consent of the Attorney General,

in violation of Title __8__ United States Code, Section __1326(a)__

I further state that I am a __S/A U.S. Immigration & Naturalization__ and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_Katherine Jane Greer_  
Signature of Complainant  
S/A Katherine Jane Greer  
U.S. Immigration and Naturalization Svc.

Sworn to before me, and subscribed in my presence,

_____  
Date

at  Fort Lauderdale, Florida  
City and State

BARRY S. SELTZER  
UNITED STATES MAGISTRATE JUDGE  
Name and Title of Judicial Officer

_____  
Signature of Judicial Officer

## AFFIDAVIT

I, KATHERINE JANE GREER, being duly sworn on oath depose and state the following:

1. I have been employed as a Special Agent for the United States Immigration and Naturalization Service (INS) and have been so employed since October of 1996. As a special agent, my duties include the apprehension of aliens who are in the United States illegally and enforcement of the immigration laws including offenses involving aliens who are believed to have reentered the United States, after deportation, without authorization from the Attorney General. This affidavit is based upon my personal knowledge as well as information which has been provided to me by other law enforcement officers.

2. On or about August 10, 1998, the INS Miami District Office received information from an anonymous source stating JOSE JOAQUIN TAVARES PEREZ, a.k.a. JOSE CALDERON, was present in the United States after having previously been deported.

3. On August 24, 1998, your affiant conducted searches of INS computer databases which revealed that JOSE JOAQUIN TAVARES PEREZ, a native and citizen of the Dominican Republic, was assigned alien number A29-686-692. Your affiant personally reviewed the alien file number A29-686-692. The file contained an executed Warrant of Deportation, which indicated that JOSE JOAQUIN TAVARES PEREZ, born January 23, 1960, in the Dominican Republic, was deported from Miami, Florida to the Dominican Republic on January 24, 1995. This file also contained several photographs of TAVARES PEREZ.

4. On August 31, 1998, your affiant made contact with the Broward County Department of Corrections and was advised that JOSE CALDERON (Jail Number

1

LH981186) was in custody at 555 SE 1ª Avenue, Ft. Lauderdale, Florida.

5. On September 1, 1998, your affiant, interviewed JOSE JOAQUIN TAVARES PEREZ, a.k.a. JOSE CALDERON, after he freely and voluntarily waived his rights under Miranda. He admitted being previously deported from the United States and intentionally reentering soon afterwards. He also provided a sworn statement in which he provided the same date and place of birth as contained in the immigration file. To the best of my knowledge and belief, the individual I met with that day is the same person pictured in the file photographs.

6. A search of the records maintained by the United States Immigration and Naturalization Service and your affiant further disclosed that JOSE JOAQUIN TAVARES PEREZ, a.k.a. JOSE CALDERON, had never sought nor applied for permission to reenter the United States from the United States Attorney General.

FURTHER AFFIANT SAYETH NAUGHT

*Katherine Jane Greer*
Katherine Jane Greer, Special Agent
U.S. Immigration and Naturalization Service

Sworn and subscribed to me this ___ day
of October, 1998 in Ft. Lauderdale, Florida

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE