AO 442 (Rev. 12/85) Warrant for Arrest  AUSA

# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA

V.

JOSEPH JOAQUIN TAVAREZ PEREZ

**WARRANT FOR ARREST**

CASE NUMBER: 98-4219-BS

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JOSEPH JOAQUIN TAVAREZ PEREZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment   ☐ Information   x☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being found in the U.S., at Miami, Florida, after having been previously deported from the U.S. without first obtaining the consent of the Attorney General,

in violation of Title __18__ United States Code, Section(s) __1326(a)__

Barry S. Seltzer
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Oct 29, 1998 Ft Lauderdale, FL
Date and Location

Bail fixed at $ Pretrial Detention

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |