AO 442 (Rev. 12/85) Warrant for Arrest  AUSA

9964- 1024-5221-5

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

JOSEPH JOAQUIN TAVAREZ PEREZ

FILED by ___ D.C.

MAY 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER:

TO:    **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   JOSEPH JOAQUIN TAVAREZ PEREZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment        □ Information      x□ Complaint    □ Order of court      □ Violation Notice        □ Probation Violation Petition

charging him or her with (brief description of offense)  being found in the U.S., at Miami, Florida, after having been previously deported from the U.S. without first obtaining the consent of the Attorney General,

in violation of Title __18__   United States Code, Section(s) __1326(a)__

Barry S. Seltzer
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
Title of Issuing Officer

Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____<br>Detainer pick up from Everglades CI |

| DATE RECEIVED<br>10/29/98 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>5/18/2000 | FOR:  INS | Fred Depompa, SDUSM |