## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ~~JOSEPH~~ Jose JOAQUIN TAVAREZ PEREZ(J) CASE NO: 98-4219-BSS

AUSA: JEFF KAY _pres_  ATTY: FPD _Smargon_

AGENT: _____  VIOL: _____

PROCEEDING PTD HEARING   RECOMMENDED BOND PTD

BOND HEARING HELD - yes/(no) Stip   COUNSEL APPOINTED_____

____ BOND SET @ 250,000 CSB w/ Nebbia____

____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone;   x's a wk/months in person

3) Travel extended to: _____

_____

_____

Gov't w/drew request for PTD

rights reserved to re bond set w/ Nebbia

_____

_____

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

                          PTD/BOND HRG: _____

                          PRELIM/ARRAIGN: 5-26  //  SNOW

                          REMOVAL HRG: _____

                          STATUS CONF: _____

Date: 5-24-00   Time 10:00   FTL/LSS TAPE #00- 024   Begin: 2085   End: 2188

6 p