JK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6144** CR-ZLOCH

8 U.S.C. §1326(a)

**MAGISTRATE JUDGE
SELTZER**

UNITED STATES OF AMERICA,　　　　:

v.　　　　　　　　　　　　　　　　　:

JOSE JOAQUIN TAVARES-PEREZ,　　:
a/k/a Jose Calderon

INDICTMENT

The Grand Jury charges that:

On or about May 18, 2000, at Dade County, in the Southern District of Florida, the

defendant,

JOSE JOAQUIN TAVARES-PEREZ,
a/k/a Jose Calderon.

an alien, having been previously removed from the United States on or about January 24, 1995,

knowingly re-entered and was found in the United States, without the Attorney General having

expressly consented to such alien's reapplying for admission to the United States; in violation of



Title 8, United States Code, Section 1326(a).

A TRUE BILL

_Leonard Roth_
FOREPERSON

_[signature]_ for
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_[signature]_
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

Jose   Joaquin Tavares Perez

_____          **CERTIFICATE OF TRIAL ATTORNEY*** 
                                **Superseding Case Information**:

**Court Division**: (Select One)          New Defendant(s)     Yes ____ No ____
                                          Number of New Defendants ____
___ Miami   ___ Key West                  Total number of counts ____
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)  NO
   List language and/or dialect _____

4. This case will take   1 1/2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days        _X_       Petty      ____
   II   6 to 10 days       ____      Minor      ____
   III  11 to 20 days      ____      Misdem.    ____
   IV   21 to 60 days      ____      Felony     _X_
   V    61 days and over   ____
6. Has this case been previously filed in this District Court? (Yes or No)  NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No)  YES
If yes:
Magistrate Case No.   98-4219-BSS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   5/18/00
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)  NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>Jose    Joaquin Tavares Perez</u>   No. _____

Count #l:         Illegal re-entry into the United States; in violation of Title 8 USC 1326(a)

<u>*Max Penalty:</u>    Up to two years' imprisonment; $250,000 fine

Count #:

*Max Penalty: