COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSE JOAQUIN TAVAREZ-PEREZ (J) CASE NO: 00-6144-CR-ZLOCH

AUSA: JEFFREY KAY             ATTY: FPD Farnsworth

AGENT:                        VIOL: for Tim Day

PROCEEDING ARRAIGNMENT         RECOMMENDED BOND

BOND HEARING HELD - yes/no     COUNSEL APPOINTED

___ BOND SET @

___ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not _____ entered
Jury _____ _____
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF: June 12    11   BSS

Date: 5-26-00   Time 11:00   FTL/LSS TAPE #00- 027   Begin: 230   End: 308

8/DM