UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6144-CR-ZLOCH

FILED by _____ D.C.
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

JOSE JOAQUIN TAVAREZ-PEREZ

ARRAIGNMENT INFORMATION

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__26TH__day of __MAY_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____Jenny Butler_____
                                   Deputy Clerk

                              Tape No._____00-027_____

cc: Copy for Judge
    U. S. Attorney