UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. ~~98-4219-BSS~~ 00-6144-CR-WJZ

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

JOSE TAVAREZ-PEREZ, :

    Defendant. :

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of May, 2000 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

*Timothy M. Day*

S:DAY Tivarez ASSIGN