UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  )  CASE NO. 00-6144-Cr-ZLOCH
                          )       Magistrate Judge
                          )
v.                        )
                          )
JOSE JOAQUIN TAVAREZ-PEREZ)
                          )
    Defendant.            )
_____)  **GOVERNMENT'S RESPONSE TO**
                             **THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A. 1-2. The government has provided the defense with the interviews of the defendant and his statements.

3. The defendant did not testify before the Grand Jury.

4. The defendants arrest record has been provided.

5. All books and records of the defendants INS file have been provided.

6. Fingerprints have been provided and results of

    identification

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D. There is no known <u>Giglio</u> or <u>Napue</u> material.

E. There is no informant involved in this case.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. There is no wiretap material or tapes.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. N/A

N. There is no expert government witness.

2

The attachments to this response are numbered pages _have been attached_. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By:    _____
        JEFFREY H. KAY
        Assistant United States Attorney
        Florida Bar No. 208035
        500 E. Broward Blvd. 7th Flr
        Ft. Lauderdale, Fl 33394
        Tel: (954) 356-7255
        Fax: (954) 356-7336
        E-Mail: Jeffrey.H.Kay@usdoj.gov

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 22 day of June, 2000, to Tim Day, Esq., Asst. Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

JEFFREY H. KAY
Assistant United States Attorney

4