UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6144-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JOSE TAVAREZ-PEREZ

        Defendant.
_____/

FILED by _____ D.C.
'JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 12, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government is ready to proceed and anticipates that this matter will require two to three days to try and will not involve any audio or video tapes. A plea disposition, however, remains possible.

2.    Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 12th day of July, 2000.

_____
BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Federal Public Defender
Attorney for Defendant