UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6144-CR-ZLOCH

FILED By _____ D.C.

JUL 1 2000

**UNITED STATES OF AMERICA**

v.

**JOSE JOAQUIN TAVARES-PEREZ**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            July 20, 2000 at 11:15 AM

**CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 14, 2000

cc:
Jeffrey Kay, Esq., AUSA
Timothy Day, Esq., AFPD

