UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6144-CR-ZLOCH



UNITED STATES OF AMERICA

v.

JOSE JOAQUIN TAVARES-PEREZ

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            July 20, 2000 at 10:45 AM

CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

NOTE TIME CHANGE

CLARENCE MADDOX
CLERK OF COURT

*Carlie J. Newby*
BY DEPUTY CLERK

DATE: July 17, 2000

cc:
Jeffrey Kay, Esq., AUSA
Timothy Day, Esq., AFPD

