RECEIVED & FILED IN OPEN COURT

7.24.00          AT,

Clarence Maddox, Clerk
United States District Court
Southern District, of Florida

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT ___Florida___

___USA___ v ___Jose Tavares-Perez___

### Defendant's Waiver of Preparation of Presentence
### Investigation and Report

00-6144-CR-Zloch

I, _____Jose Tavares-Perez_____ , hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct
a presentence investigation for presentation to the sentencing court This investigation
and report which I now forego is for the purpose of obtaining information useful to
the court in setting sentence

I have read, or had read to me, and fully undertand the preceding waiver form


___7/24/00___                    _____
(Date)                            (Signature of Defendant)


___7/24/00___                    _____
(Date)                            (Defendant's Attorney)


Prob 13C (10/76)