UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6144-CR-Zloch    DATE 7-24-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Jose Taveres-Perez

U. S. ATTORNEY Jeffrey Kay    DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to One Count Indictment -

RESULT OF HEARING Deft entered a plea of guilty to the Indictment

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Indictment

CASE CONTINUED TO 10-13-00  TIME 11:00  FOR Sentencing

MISC Written Plea Agreement

24