UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6144-CR-Zloch  DATE 7-24-00
CLERK Carlene Newsky  REPORTER Carl Schanzlee
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Jose Joaquin Tavares-Perez

U.S. ATTORNEY Jeff Kay  DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft waived PSI - Ct 1 - Time served - 1 yr Supervised Release - $100 assessment. If deported, not re-enter the U.S. w/o prior express permission of
JUDGMENT A.G. - Non-Reporting if deported - If Re-enters Report w/in 24 hrs of entry to Prob - Be surrender for deportation Proceedings.

CASE CONTINUED TO _____ TIME _____ FOR _____
FPD appointed for appeal -
MISC

25